ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JAN 23 AM 9: 42

CLERK _KW_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| DAVID HARRIS, | ) |
| Plaintiff, | ) |
| vs. | ) CV 605-061 |
| VICTOR GUY, et al., | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Accordingly, this action is **DISMISSED** without prejudice as a sanction for Plaintiff's abuse of the judicial process. Likewise, all pending motions are **DENIED** as **MOOT**.

SO ORDERED this 23 day of January, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT